**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SANTA ROSA MALL, LLC,

                Appellant,

  -against-                                  20 **CIVIL** 3923 (PMH)

**JUDGMENT**

SEARS HOLDINGS CORPORATION,
et al.,

                Appellees.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 27, 2021, the Order of the Bankruptcy Court is AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York

      September 27, 2021

                                    **RUBY J. KRAJICK**

                                    _____
                                    **Clerk of Court**

**BY:**                           *K. Mango*
                                    _____
                                    **Deputy Clerk**